**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**CHARLES BARNES, JR.**                                                        **PLAINTIFF**

**v.**                       **Case No. 2:20-cv-00149-KGB**

**SOCIAL SECURITY ADMINISTRATION**                         **DEFENDANT**

**ORDER**

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 13). Plaintiff Charles Barnes, Jr. filed no objections to the Recommendation, and the time for doing so has passed. After careful consideration of the Recommendation and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects (*Id.*).

It is so ordered, this 7th day of February, 2022.

                                                              _____
                                                              Kristine G. Baker
                                                              United States District Judge