# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**CHARLES BARNES, JR.**                                                              **PLAINTIFF**

**v.**                    **Case No. 2:20-cv-00149-KGB**

**SOCIAL SECURITY ADMINISTRATION**                               **DEFENDANT**

## **JUDGMENT**

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Charles Barnes, Jr.'s complaint is dismissed with prejudice (Dkt. No. 2). The Court denies the requested relief.

It is so adjudged this 7th day of February, 2022.

_____
Kristine G. Baker
United States District Judge